```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

8904 5TH AVE LLC,

                    Plaintiff,

-against-

MJ ENGINEERING & DESIGN LLC &
BRICOLAGE ARCHITECTURE & DESIGN,
PLLC,

                    Defendants.

1:22-cv-858 (MKV)

ORDER REMANDING CASE

**MARY KAY VYSKOCIL, United States District Judge:**

Defendant MJ Engineering & Design LLC removed this action from New York Supreme Court on February 1, 2022, on the basis of diversity jurisdiction. [ECF No. 1]. On April 8, 2022, Plaintiff filed an amended complaint, which added Bricolage Architecture & Design, PLLC as a defendant. [ECF No. 16]. Both Plaintiff and Defendant Bricolage Architecture & Design, PLLC are citizens of New York. [*See* ECF No. 16 ¶¶ 1, 10-11; ECF No. 8 ¶ 2]. Accordingly, the Court is compelled to remand for lack of federal subject matter jurisdiction.

The Clerk of the Court respectfully is requested to remand this case to New York Supreme Court for further proceedings.

**SO ORDERED.**

Date: **April 8, 2022**
      **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**